08-CV-01568-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KANDI ROSE ROBERTS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. C08-1568-JLR-JPD<br>(~~CR06-42-JLR~~)<br>CR06-421JLR<br><br>ORDER DENYING § 2255 MOTION |

The Court, having reviewed petitioner's § 2255 motion, the government's answer, petitioner's response, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion (Dkt. No. 1) is DENIED.

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this 13th day of March, 2009.

JAMES L. ROBART
United States District Judge

ORDER DENYING § 2255 MOTION